# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12CR0061-JAH |
| Gloria Bahena-Sotelo | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____.

Date:   1/17/13

/s/ Erick Guzman
*Attorney's signature*

Erick Guzman, 244391
*Printed name and bar number*

740 4th St. Santa Rosa CA, 95404

*Address*

elg@guzmanlaw.org
*E-mail address*

707-595-4474
*Telephone number*

707-540-6298
*FAX number*