LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT COURT OF CALIFORNIA**

| | |
|---|---|
| GLORIA BAHENA DE SOTELO<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 12-CR-0061-JAH/<br>3:13-CV-142-JAH<br><br>**STATUS REPORT**<br><br>**[28 U.S.C. §2255]** |

**I**

**BACKGROUND**

The briefing for the instant motion case was completed in March of 2013. Ms. Bahena is currently in immigration proceedings in which the department of homeland security is seeking to deport Ms. Bahena based on the conviction from this case.

Ms. Bahena's Court date in Immigration Court was originally scheduled for August 13, 2013, however, the Immigration Judge continued the case to November 26, 2013 to allow time for this motion to be resolved. Her case was again continued to March 4, 2014.   On March 4, 2014, the immigration judge

continued the hearing to November 11, 2014.  Ms. Bahena's immigration lawyer informed me that the immigration judge continued the case to allow resolution of this motion to vacate.

March 6, 2014                              Respectfully submitted,

                                          By

                                          _____
                                          Erick L. Guzman, Esq.
                                          Attorney for Ms. Bahena

LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT COURT OF CALIFORNIA**

| | |
|---|---|
| GLORIA BAHENA DE SOTELO | CASE NO. 12-CR-0061-JAH/ 3:13-CV-142-JAH |
| Petitioner, | |
| v. | **Certificate of Service** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

I, Erick L. Guzman, am a citizen of the United States and am at least eighteen years of age.  I certify that the foregoing pleading has been electronically served this day upon Emily Allen, counsel for the Government.

March 6, 2014                    Respectfully submitted,


                                 By

                                 _____
                                 Erick L. Guzman, Esq.
                                 Attorney for Ms. Bahena